29

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bear, Connie  M | Case Number:  07 B 05330 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/13/07 | Filed:  3/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: July 19, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,210.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,144.66 |
| Trustee Fee: | | 65.34 |
| Other Funds: | | 0.00 |
| Totals: | 1,210.00 | 1,210.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,600.00 | 1,144.66 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 60,000.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 147.88 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 429.83 | 0.00 |
| 6. | Nordstrom | Unsecured | 0.00 | 0.00 |
| 7. | Ameriquest Mortgage Company | Secured | | No Claim Filed |
| 8. | Deutsche Bank National Trustee | Secured | | No Claim Filed |
| 9. | Brinks | Unsecured | | No Claim Filed |
| 10. | Lawrence & Morris | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Direct Credit Control | Unsecured | | No Claim Filed |
| 14. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 17. | Federal Express Corp | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Pay Pal | Unsecured | | No Claim Filed |
| 21. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| 23. | Torres Credit | Unsecured | | No Claim Filed |
| 24. | TIAA-CREF | Unsecured | | No Claim Filed |
| 25. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bear, Connie  M

Printed:  11/13/07

Case Number:  07 B 05330
Judge:  Wedoff, Eugene R
Filed:  3/26/07

| 26. Nordstrom | Unsecured | No Claim Filed |
|---|---|---|
| | _____ | _____ |
| | $ 63,177.71 | $ 1,144.66 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 65.34 |
| | _____ |
| | $ 65.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_